THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN ERROR, v. ROBERT L. JONES, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Depue & Parker.*

For the defendant in error, *Thomas F. Noonan.*

PER CURIAM.

There being no error in the judgment below, said judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COLLINS, DIXON, GARRISON, GUMMERE, LUDLOW, ADAMS, BOGERT, HENDRICKSON, NIXON.   11.

*For reversal*—None.